# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00181-CV

**Raymond Tatum and Sherri Tatum, Appellants**

**v.**

**ACME Properties LP, Appellee**

### FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-12-009558, HONORABLE DAVID J. PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants' brief was originally due on July 1, 2013, but was not filed. On July 26, 2013, this Court sent a notice to appellants informing them that their brief was overdue. In response, appellants filed a motion for extension of time to file their brief. We granted the motion, making the brief due August 19, 2013. However, appellants failed to file a brief by that date. On September 25, 2013, we notified appellants that their brief was overdue and that a failure to respond by October 7, 2013, would result in the dismissal of this appeal for want of prosecution. The October 7 deadline has passed, and appellants have not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a); 42.3(b).

_____

Scott K. Field, Justice

Before Chief Justice Jones, Justices Pemberton and Field

Dismissed for Want of Prosecution

Filed:   November 6, 2013